# EXHIBIT I

UPDATED ANNUALLY

Includes CD-ROM!

# Merriam-Webster's Collegiate® Dictionary

**TENTH EDITION**

THE WORDS YOU NEED TODAY

- Clear and precise
- Best guidance on word choice
- Most definitions—over 215,000

AN ENCYCLOPÆDIA BRITANNICA® COMPANY



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

Merriam-Webster™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2002 by Merriam-Webster, Incorporated

Philippines Copyright 2002 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
     p.   cm.
  Includes index.
  ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe indexed : alk. paper). — ISBN 0-87779-707-2 (laminated cover, unindexed).
  1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.M36    1998
423—dc21
                                                  97-41846
                                                    CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

333435QWV02

**cloot** \\'klüt\\ *n* [prob. of Scand origin; akin to ON *klō* claw — more at CLAW] (1725) **1** *Scot* : a cloven hoof **2** *pl, cap, Scot* : CLOOTIE

**Cloot·ie** \\'klü-tē\\ *n* [dim. of *cloot*] *chiefly Scot* — used as a name of the devil

**clop** \\'kläp\\ *n* [imit.] (1899) : a sound made by or as if by a hoof or wooden shoe against the pavement — **clop** *vi*

**clop–clop** \\'kläp-ˌkläp\\ *n* (1901) : a sound of rhythmically repeated clops — **clop–clop** *vi*

**clo·que** *also* **clo·qué** \\klō-'kā, 'klō-ˌ\\ *n* [F *cloqué*, fr. pp. of *cloquer* to become blistered, fr. F dial. (Picard) *cloque* bell, bubble, fr. ML *clocca* bell — more at CLOCK] (1936) **1** : a fabric with an embossed design **2** : a fabric esp. of piqué with small woven figures

**¹close** \\'klōz\\ *vb* **closed; clos·ing** [ME, fr. OF *clos-*, stem of *clore*, fr. L *claudere* to shut, close; perh. akin to Gk *kleiein* to close — more at CLAVICLE] *vt* (13c) **1 a** : to move so as to bar passage through something ⟨~ the gate⟩ **b** : to block against entry or passage ⟨~ a street⟩ **c** : to deny access to ⟨the city *closed* the beach⟩ **d** : SCREEN, EXCLUDE ⟨~ a view⟩ **e** : to suspend or stop the operations of ⟨~ school⟩ — often used with *down* **2** *archaic* : ENCLOSE, CONTAIN **3 a** : to bring to an end or period ⟨~ an account⟩ **b** : to conclude discussion or negotiation about ⟨the question is *closed*⟩; *also* : to consummate by performing something previously agreed ⟨~ a transfer of real estate title⟩ **c** : to terminate access to (a computer file) **4 a** : to bring or bind together the parts or edges of ⟨a *closed* book⟩ **b** : to fill up (as an opening) **c** : to make complete by circling or enveloping or by making continuous ⟨~ a circuit⟩ **d** : to reduce to nil ⟨*closed* the distance to the lead racer⟩ ~ *vi* **1 a** : to contract, fold, swing, or slide so as to leave no opening ⟨the door *closed* quietly⟩ **b** : to cease operation ⟨the factory *closed* down⟩ ⟨the stores ~ at 9 p.m.⟩ **2 a** : to draw near ⟨the ship was *closing* with the island⟩ **b** : to engage in a struggle at close quarters : GRAPPLE ⟨~ with the enemy⟩ **3 a** : to come together : MEET **b** : to draw the free foot up to the supporting foot in dancing **4** : to enter into or complete an agreement **5** : to come to an end or period **6** : to reduce a gap ⟨*closed* to within two points⟩ — **clos·able** *or* **close·able** \\'klō-zə-bəl\\ *adj* — **clos·er** *n* — **close one's doors 1** : to refuse admission ⟨the nation *closed its doors* to immigrants⟩ **2** : to go out of busi-

---

\\ə\\ abut  \\ᵊ\\ kitten, F table  \\ər\\ further  \\a\\ ash  \\ā\\ ace  \\ä\\ mop, mar
\\au̇\\ out  \\ch\\ chin  \\e\\ bet  \\ē\\ easy  \\g\\ go  \\i\\ hit  \\ī\\ ice  \\j\\ job
\\ŋ\\ sing  \\ō\\ go  \\ȯ\\ law  \\ȯi\\ boy  \\th\\ thin  \\th̲\\ the  \\ü\\ loot  \\u̇\\ foot
\\y\\ yet  \\zh\\ vision  \\ä, ᵏ, ⁿ, œ, œ̄, ɶ, ɶ̄, ʸ\\ *see* Guide to Pronunciation

ness — **close one's eyes to** : to ignore deliberately — **close ranks** : to unite in a concerted stand esp. to meet a challenge — **close the door** : to be uncompromisingly obstructive ⟨*closed the door* to further negotiation⟩

**syn** CLOSE, END, CONCLUDE, FINISH, COMPLETE, TERMINATE mean to bring or come to a stopping point or limit. CLOSE usu. implies that something has been in some way open as well as unfinished ⟨*close* a debate⟩. END conveys a strong sense of finality ⟨*ended* his life⟩. CONCLUDE may imply a formal closing (as of a meeting) ⟨the service *concluded* with a blessing⟩. FINISH may stress completion of a final step in a process ⟨after it is painted, the house will be *finished*⟩. COMPLETE implies the removal of all deficiencies or a successful finishing of what has been undertaken ⟨the resolving of this last issue *completes* the agreement⟩. TERMINATE implies the setting of a limit in time or space ⟨your employment *terminates* after three months⟩.

²**close** \ˈklōz\ *n* (14c) **1 a** : a coming or bringing to a conclusion ⟨at the ∼ of the party⟩ **b** : a conclusion or end in time or existence : CESSATION ⟨the decade drew to a ∼⟩ **c** : the concluding passage (as of a speech or play) **2** : the conclusion of a musical strain or period : CADENCE **3** *archaic* : a hostile encounter **4** : the movement of the free foot in dancing toward or into contact with the supporting foot

³**close** \ˈklōs, *U.S. also* ˈklōz\ *n* [ME *clos*, lit., enclosure, fr. OF *clos*, fr. L *clausum*, fr. neut. of *clausus*, pp.] (13c) **1 a** : an enclosed area **b** *chiefly Brit* : the precinct of a cathedral **2** *chiefly Brit* **a** : a narrow passage leading from a street to a court and the houses within or to the common stairway of tenements **b** : a road closed at one end

⁴**close** \ˈklōs\ *adj* **clos·er; clos·est** [ME *clos*, fr. MF, fr. L *clausus*, pp. of *claudere*] (14c) **1** : having no openings : CLOSED **2 a** : confined or carefully guarded ⟨∼ arrest⟩ **b (1)** *of a vowel* : HIGH 13 **(2)** : formed with the tongue in a higher position than for the other vowel of a pair **3** : restricted to a privileged class **4 a** : SECLUDED, SECRET **b** : SECRETIVE ⟨she could tell us something if she would . . . but she was as ∼ as wax —A. Conan Doyle⟩ **5** : STRICT, RIGOROUS ⟨keep ∼ watch⟩ **6** : hot and stuffy **7** : not generous in giving or spending : TIGHT **8** : having little space between items or units ⟨a ∼ weave⟩ **9 a** : fitting tightly or exactly **b** : very short or near to the surface ⟨a ∼ haircut⟩ **10** : being near in time, space, effect, or degree **11** : INTIMATE, FAMILIAR **12 a** : ACCURATE, PRECISE ⟨a ∼ study⟩ **b** : marked by fidelity to an original ⟨a ∼ copy of an old master⟩ **c** : TERSE, COMPACT **13** : decided or won by a narrow margin ⟨a ∼ baseball game⟩ **14** : difficult to obtain ⟨money is ∼⟩ **15** *of punctuation* : characterized by liberal use esp. of commas **syn** see STINGY — **close·ly** *adv* — **close·ness** *n* — **close to home** : within one's personal interests so that one is strongly affected ⟨the speaker's remarks hit *close to home*⟩ — **close to the vest** : in a reserved or cautious manner

⁵**close** \ˈklōs\ *adv* (15c) : in a close position or manner

**close call** \ˈklōs-\ *n* (1881) : a narrow escape

**close corporation** \ˈklōs-\ *n* (ca. 1902) : a corporation whose stock is not publicly traded but held by a few persons (as those in management)

**close-cropped** \ˈklōs-ˈkräpt\ *adj* (ca. 1893) **1** : clipped short **2** : hav-