UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF REALTORS, | ) |
| Petitioner | ) |
| v. | ) Civil Action No. 21-cv-2406 (TJK) |
| UNITED STATES, et al. | ) |
| Respondents | ) |

**RESPONDENTS' STATUS REPORT**

The respondents are filing this status report to advise the Court of the respondents' views concerning the status of this action and the respondents' attempts to confer with the petitioner National Association of Realtors about the status of the action.

In this action, petitioner National Association of Realtors (NAR) seeks an order setting aside or modifying a civil investigative demand issued by the then Acting Assistant Attorney General for Antitrust under the Antitrust Civil Process Act, 15 U.S.C. § 1312; *see id.* § 1314(b), (e). NAR filed its petition on September 13, 2021. The Government filed a response on October 13, 2021, and NAR filed a further brief November 12, 2021.

As discussed in the parties' earlier filings, the parties disagree about whether this case is a civil action or a summary proceeding and, consequently, what rules apply to the parties' filings. In light of the parties' differing views, the Government proposed to NAR that the parties file a joint status report indicating their views on whether the Court can now rule on NAR's petition, or whether further proceedings are needed before the Court rules. The Government's view is that the Court can now rule on the petition, and no further proceedings are necessary. NAR rejected the Government's proposal to file a joint status report and requested that the Government include the following statement from NAR if the Government chose to file its own status report:

There is no reason to file a status report at this time, and what the United States proposes to file is not a status report. The parties' differing views about the procedures applicable to NAR's pending petition have already been fully briefed. It is therefore unnecessary and inappropriate to file the submission proposed by the United States.

| | |
|---|---|
| Date: January 7, 2022 | Respectfully submitted, |

BRIAN M. BOYNTON
Acting Assistant Attorney General

JONATHAN S. KANTER
Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ JAMES C. LUH
JAMES C. LUH
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St NW
Washington DC 20530
Tel: (202) 514-4938
E-mail: James.Luh@usdoj.gov

MIRIAM R. VISHIO (D.C. Bar No. 482282)
Assistant Chief, Civil Conduct Task Force
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 11100
Washington, DC 20530
Tel: (202) 307-0158
E-mail: Miriam.Vishio@usdoj.gov
Attorneys for Respondents