UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION OF REALTORS,

*Petitioner*,

v.

UNITED STATES OF AMERICA, et al.,

*Respondents*.

Civil Action No. 21-2406 (TJK)

## ORDER

For the reasons set forth in the Court's accompanying Memorandum Opinion, it is hereby

**ORDERED** that Petitioner's Petition to Set Aside Civil Investigative Demand No. 30729, ECF No. 1, is **GRANTED**.  Civil Investigative Demand No. 30729 is hereby **SET ASIDE.**

This is a final appealable Order. The Clerk of the Court is directed to close the case.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: January 25, 2023