# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF REALTORS,<br><br>*Petitioner*,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>*Respondents*. | Civil Action No. 1:21-cv-02406-TJK |

## NOTICE OF APPEAL

Notice is hereby given that all Respondents in the above-named case hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the order and judgment entered in this action on January 25, 2023, Order, ECF No. 24; Mem. Op., ECF No. 25.

March 24, 2023

Respectfully submitted,

/s/ DANIEL S. GUARNERA
DANIEL S. GUARNERA (D.C. Bar No. 1034844)
Acting Chief, Civil Conduct Task Force
U.S. Department of Justice
Antitrust Division
450 Fifth St. NW
Washington, DC 20530
Tel: (202) 307-0077
Email: Daniel.Guarnera@usdoj.gov

JAMES C. LUH
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20530
Tel: (202) 514-4938
E-mail: James.Luh@usdoj.gov

*Attorneys for Respondents*