UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF REALTORS,<br><br>*Petitioner,*<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>*Respondents.* | Civil Action No. 1:21-cv-02406-TJK |

**NOTICE OF APPEARANCE**

To:   The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this court. I appear in this case as counsel for the United States of America; U.S. Department of Justice, Antitrust Division; and Jonathan S. Kanter, in his official capacity as Assistant Attorney General, Antitrust Division,[1] Respondents in the above-named case.

August 27, 2024

Respectfully submitted,

/s/ CURTIS W. STRONG
CURTIS W. STRONG (D.C. Bar No. 1005093)
Trial Attorney
U.S. Department of Justice
Antitrust Division
450 Fifth St. NW
Washington, DC 20530
Tel: (202) 322-6840
Email: Curtis.Strong@usdoj.gov

*Attorney for United States of America, et. al.*

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Assistant Attorney General Jonathan S. Kanter has been automatically substituted for Acting Assistant Attorney General Richard A. Powers.