UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF REALTORS,<br><br>      *Petitioner*,<br><br>v.<br><br>UNITED STATES OF AMERICA, et. al.,<br><br>      *Respondents*. | Case No. 1:21-cv-02406-TJK |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated July 30, 2024, Petitioner, National Association of Realtors, and Respondents, United States of America, et. al., respectfully submit this Joint Status Report to the Court. The parties met and conferred on August 25, 2024.

Although there are no issues for the Court to resolve at this time, the parties provide the following updates for the Court's awareness:

1. NAR currently intends to file a petition for a writ of certiorari to the Supreme Court by October 10, 2024.

2. The United States has agreed to significantly narrow the documents it seeks in response to CID 30729, to seek only the non-privileged documents:

   a. produced by NAR in *Moehrl v. NAR*, 19-cv-1610 (N.D. Ill.), and *Burnett v. NAR*, 19-cv-332 (W.D. Mo.) (formerly *Sitzer v. NAR*) from NAR's own files (NAR will have no obligation to produce documents it obtained in the litigation from third parties or other litigation documents citing those materials, which are subject to a protective order); and

    b. in NAR's possession, custody, and control related to the proposal, adoption, and implementation of the Clear Cooperation Policy that were created on or before July 6, 2021.

3. The United States has agreed to stay NAR's obligation to produce documents related to Item 2.b above until the Supreme Court rules on NAR's forthcoming cert. petition, or if certiorari is granted, the Supreme Court issues a ruling that is adverse to NAR.

4. In return, NAR has agreed that it will:

    a. produce documents responsive to Item 2.a by September 30, 2024; and

    b. produce documents responsive to Item 2.b by the later of (i) 30 days after denial of its cert. petition; or (ii) 30 days after a ruling by the Supreme Court that is adverse to NAR.

5. If NAR does not file a cert. petition, it will produce documents responsive to Item 2.b by November 12, 2024.

6. The parties' agreement applies only to CID 30729.

Dated: August 29, 2024        Respectfully submitted,

/s/ CURTIS W. STRONG
_____

CURTIS W. STRONG
Trial Attorney
U.S. Department of Justice Antitrust Division
450 Fifth St. NW Washington, DC 20530
Tel: (202) 322-6840
Email: Curtis.Strong@usdoj.gov

*Attorney for Respondents United States of America, et. al.*

/s/ William A. Burck
_____

William A. Burck (D.C. Bar No. 979677)
Michael D. Bonanno (D.C. Bar No. 998208)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, District of Columbia 20005-3314
Tel: (202) 538-8000
Fax: (202) 538-8100
williamburck@quinnemanuel.com
mikebonanno@quinnemanuel.com

*Attorneys for Petitioner National Association of REALTORS®*

## CERTIFICATE OF SERVICE

I certify that on August 29, 2024, I served the foregoing upon all counsel of record via the Court's CM/ECF system.

/s/ CURTIS W. STRONG

CURTIS W. STRONG
Trial Attorney
U.S. Department of Justice Antitrust Division
450 Fifth St. NW Washington, DC 20530
Tel: (202) 322-6840
Email: Curtis.Strong@usdoj.gov

*Attorney for Respondents United States of America, et. al.*