UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF REALTORS,<br><br>    *Petitioner*,<br><br>v.<br><br>UNITED STATES OF AMERICA, et. al.,<br><br>    *Respondents*. | Case No. 1:21-cv-02406-TJK |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated August 30, 2024, Petitioner, National Association of Realtors, and Respondents, United States of America, respectfully submit this Joint Status Report to the Court.

NAR filed its petition for a writ of certiorari to the Supreme Court on October 10, 2024. The United States' opposition to NAR's petition is due on December 10, 2024.

NAR produced to the United States all documents that it produced in *Moehrl v. NAR*, 19-cv-1610 (N.D. Ill.), and *Burnett v. NAR*, 19-cv-332 (W.D. Mo.) (formerly *Sitzer v. NAR*), as stipulated in the parties' August 29, 2024 Joint Status Report.  There are no changes to the parties' agreement from that Joint Status Report.

There are presently no other items for the Court's attention.

Dated: November 25, 2024

Respectfully submitted,

/s/ CURTIS W. STRONG

_____

Curtis W. Strong (D.C. Bar No. 1005093)
Trial Attorney
U.S. Department of Justice Antitrust Division
450 Fifth St. NW Washington, DC 20530
Tel: (202) 322-6840
Email: curtis.strong@usdoj.gov

*Attorney for United States of America, et. al.*


/s/ William A. Burck

_____

William A. Burck (D.C. Bar No. 979677)
Michael D. Bonanno (D.C. Bar No. 998208)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, District of Columbia 20005-3314
Tel: (202) 538-8000
Fax: (202) 538-8100
williamburck@quinnemanuel.com
mikebonanno@quinnemanuel.com

*Attorneys for Petitioner National Association of REALTORS®*

CERTIFICATE OF SERVICE

I certify that on November 25, 2024, I served the foregoing upon all counsel of record via the Court's CM/ECF system.

/s/ CURTIS W. STRONG

Curtis W. Strong (D.C. Bar No. 1005093)
Trial Attorney
U.S. Department of Justice Antitrust Division
450 Fifth St. NW Washington, DC 20530
Tel: (202) 322-6840
Email: curtis.strong@usdoj.gov

*Attorney for United States of America, et. al.*