UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF REALTORS®, <br><br> *Petitioner*, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> *Respondents*. | Case No. 1:21-cv-02406-TJK |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the National Association of REALTORS® hereby submits this notice of voluntary dismissal without prejudice.

Federal Rule of Procedure 41(a)(1)(A)(i) permits voluntary dismissal by a plaintiff without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Defendants in this case have not filed an answer or a motion for summary judgment.

Dated: January 27, 2025   Respectfully submitted,

/s/ *William A. Burck*
William A. Burck (D.C. Bar No. 979677)
Michael D. Bonanno (D.C. Bar No. 998208)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, District of Columbia 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
williamburck@quinnemanuel.com
mikebonanno@quinnemanuel.com

*Attorneys for Petitioner National Association of REALTORS®*